# UNITED STATES DISTRICT COURT
Northern District of New York

Issiah Saunders,

                Plaintiff,

vs.                           **JUDGMENT IN A CIVIL CASE**

Case number: 9:10-cv-418 (FJS/DEP)

James Varin; Patrick O'Connor;
Kevin Manor; Todd Strack; Matthew
Moak; Richard Rendle; Darryl Menard,

                Defendants.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to a trial, hearing or motion before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

That the jury finds no cause for action as to the remaining claim of excessive force as to defendants James Varin; Patrick O'Connor; Kevin Manor; Todd Strack; Matthew Moak; Richard Rendle and Darryl Menard.

All of the above pursuant to a jury verdict rendered on February 9, 2012 before the Hon. Frederick J. Scullin, Jr.

February 10, 2012                                  Lawrence K. Baerman, Clerk

                                                                By: Barbara J. Woodford
                                                                Deputy Clerk